UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                                    Chapter 7
                                                                                 Case No: 14-75543 (AST)
STEVEN J. HOROWITZ,

                                        Debtor.
---------------------------------------------------------x

## ORDER AUTHORIZING THE EMPLOYMENT OF
## JEFFREY RAY LLC AS BROKER FOR THE ESTATE

Upon the application dated February 23, 2017 (the "**Application**") of Kenneth P. Silverman, Esq., the chapter 7 trustee (the "**Trustee**") of the estate of Steven J. Horowitz (the "**Debtor**"), by his attorneys, SilvermanAcampora LLP, seeking the entry of an Order in accordance with 11 U.S.C. § 327(a) and Rule 2014 of the Federal Rules of Bankruptcy Procedure, authorizing the Trustee to employ Jeffrey Ray LLC ("**JRLLC**") as his real estate broker for the estate to market and sell the Debtor's interest in a condominium known as and located at 2660 South Ocean Boulevard, Apartment 301-W Cabana Unit-6, Palm Beach, FL 33480 (the "**Condo**"); and there being no opposition thereto; and after due deliberation and consideration having been had; and it appearing that sufficient notice of the Application has been given, and it appearing that good and sufficient cause exists for granting the Application; and it being in the best interests of the estate and the Debtor's creditors; it is hereby

**ORDERED**, that the Application is, granted to the extent provided for herein; and it is further

**ORDERED**, that JRLLC be, and hereby is, employed as the Trustee's real estate broker for the purpose of marketing and selling the Condo; and it is further

**ORDERED**, that JRLLC shall be compensated for brokering and exclusively procuring a purchaser for the Condo, in the amount of four percent (4%) of the gross sale price, including expenses; and it is further

**ORDERED,** that in the event that the purchaser of the Condo is procured through the services of a co-broker, the aggregate commissions will then be in the amount of six percent

(6%) of the gross sale price, including expenses, and will be divided between JRLLC and any such co-broker equally at three percent (3%) each; and it is further

**ORDERED**, that JRLLC and/or any co-broker, if any, shall seek payment of commissions and expenses, upon application filed with the Court in accordance with Local Bankruptcy Rule 6005-1(f) and the Bankruptcy Code; and it is further

**ORDERED**, that the Trustee be, and hereby is, authorized to do such things, execute such documents and expend such funds as may be necessary to effectuate the terms and conditions of this Order.

Dated: New York, New York
           March 2, 2017

NO OBJECTION:

*s/ Alfred M. Dimino*
Office of the United States Trustee



**Dated: March 20, 2017**
   **Central Islip, New York**

_____
     **Alan S. Trust**
**United States Bankruptcy Judge**